UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 05 CV 7905
Judge Casey
*This document has been electronically filed with NYSD ECF.*

PRESIDION SOLUTIONS, INC.,

    Plaintiff,

vs.

BRENTWOOD CAPITAL CORPORATION
and CHARLES J. SPINELLI, individually,

    Defendant.
_____/

## AFFIDAVIT OF BRIAN J. MCCARTHY

**STATE OF FLORIDA**
**COUNTY OF BROWARD**

BEFORE ME, the undersigned authority, personally appeared BRIAN J. MCCARTHY, known to me personally or identified to me by proper identification, who by me first duly sworn, and upon his oath, stated to me as follows:

1. I am over 18 years of age, *sui juris*, and competent to testify as to the matters herein.

2. This Affidavit and all statements herein are based on my personal knowledge.

3. I am an associate of the law firm of Berman, Kean & Riguera, P.A. ("BKR"), attorneys for the Plaintiff PRESIDION SOLUTIONS, Inc. ("Presidion"). I submit this affidavit in further support of BKR's motion to withdraw as counsel for Plaintiff.

4. Even though James E. Baiers, Chief Legal Officer to Presidion, has filed objections to BKR's motion to withdraw, the underlying grounds to BKR's motion still exist.

Mirabilis v. Brentwood Capital & Spinelli
Case No.:

Moreover, a conflict has arisen that precludes BKR's continual representation of Presidion, which conflict has been stated to BKR by both Mr. Baiers and Mr. Bernet of MVI, the original Plaintiff in this action.

5. Because there is a conflict between Mirabilis and Presidion, BKR cannot now continue to represent either party in this matter and seeks withdrawal as counsel in the above captioned matter.

6. There will be no prejudice for Presidion as it is early on in the litigation process so there is not much for new counsel to catch up on in this action. Still pending is a motion to dismiss by Defendants and Defendants' counsel's motion to withdraw. Thus, this case has not progressed beyond the pleadings stage and there can be no prejudice to Presidion.

**FURTHER AFFIANT SAYETH NOT.**

_____
BRIAN J. MCCARTHY

SWORN AND SUBSCRIBED BEFORE ME, the undersigned authority, on this __11__ day of __April__, 20__07__.

_____
Notary Public - State of Florida

DEANNE L. FERRESE
MY COMMISSION # DD 444265
EXPIRES: July 8, 2009
Bonded Thru Notary Public Underwriters

_Deanne L. Ferrese_
Print Name of Notary

Seal:
Personally Known __✓__ or Produced Identification _____
Type of Identification Produced

Mirabilis v. Brentwood Capital & Spinelli<br>Case No.:

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of April, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and mailed, via U.S. Regular Mail, a copy to: **James Baiers**, Chief Legal Officer, Presidion Solutions, Inc., 755 W. Big Beaver Road, Suite 1700, Troy, MI 48084; **David M. Levy, Esq.**, Levy & Boonshoft, P.C., 477 Madison Avenue, New York, NY 10022.

**BERMAN, KEAN & RIGUERA, P.A.**

2101 W. Commercial Blvd.
Suite 2800
Fort Lauderdale, FL 33309
Telephone: (954) 735-0000
Facsimile: (954) 735-3636

By: s/ Richard E. Berman
   Richard E. Berman
   RB2715

\\Server-MS\REBData\Mirabilis Ventures\1310-029\Style\24974.wpd