UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
PRESIDION SOLUTIONS, INC.,                                  :
                                                            :
          Plaintiff,                                  :
                                                            :    05 Civ. 7905 (GEL)
  -against-                                                :
                                                            :    **ORDER**
BRENTWOOD CAPITAL CORPORATION,                              :
CHARLES J. SPINELLI, and O. RAY                             :
McCARTHA,                                                   :
                                                            :
          Defendants.                                 :
                                                            :
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

       This case was reassigned to the undersigned judge on May 21, 2007. A motion to dismiss the amended complaint is pending, but the most pressing order of business is that counsel for both sides have moved to withdraw. Levy & Boonshoft, P.C., counsel for defendants, moved to withdraw on November 20, 2006. No opposition to this motion has been filed by any party. Subsequently, on March 17, 2007, Berman, Kean & Riguera, P.A., counsel for plaintiff, also sought leave to withdraw. Plaintiff Presidion Solutions, Inc. ("Presidion"), has asserted an opposition to the motion by letter to the Court from James E. Baiers, Chief Legal Officer for Presidion, dated March 27, 2007.

       Accordingly, a hearing will be held by telephone on all pending motions on June 15, 2007 at 12:00 p.m. Any party objecting to its attorney's motion to withdraw is directed to appear to address said motions. Presidion and defendant Brentwood Capital Corporation are advised that as corporations, they can only appear through counsel, and if the motions of present counsel to withdraw are granted at the hearing on June 15, the Court will set a date by which any corporate party must appear through new counsel or be defaulted.

       Accordingly, it is hereby ORDERED that:

1.     Counsel for both sides, and any party wishing to object to its attorney's motion to withdraw, are directed to appear by telephone for a hearing on June 15, 2007, at 12:00 p.m.

2.     Any party wishing to participate in this hearing is directed to contact chambers at (212) 805-0427, before the close of business on June 13, 2007, to make logistical arrangements for participation.

3. James E. Baiers, Esq., is admitted to the bar of this Court *pro hac vice* for the limited purpose of appearing at the June 15 hearing if plaintiff wishes him to do so.

4. Plaintiff's counsel are directed to serve a copy of this order on plaintiff Presidion, and defendants' counsel are directed to serve a copy of this order on each of the three defendants, before the close of business on Wednesday, June 6, 2007.

SO ORDERED.

Dated: New York, New York
       May 30, 2007

                                                            _____
                                                            GERARD E. LYNCH
                                                            United States District Judge