## Jim Baiers

**From:** Jim Baiers
**Sent:** Friday, March 02, 2007 3:20 PM
**To:** Craig Vanderburg; Susan Toohy
**Subject:** LOC Trial

Agent Cooper just called and said Spinelli just pled guilty this morning. She could not give me any details. McCartha is the only defendant left in the case.

The Judge said he has just started a 5 week trial and the case against McCartha will NOT proceeding on March 19. The U.S. Attorney's office will advise us when it is rescheduled.

Susan: Please cancel all our travel reservations.

James E. Baiers
Chief Legal Officer
Presidion Corporation
755 W. Big Beaver Rd., Suite 1700
Troy, MI 48084
248-247-1326
248-247-1331 fax
JBaiers@Presidion.com

NOTICE: The information contained in this email is attorney-client privileged and confidential information intended only for the use of the individual or entity named herein. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication by error, please contact us immediately. Thank you.